No. 99–7101. HOLLOWAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7127. FARHAD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7129. FRATTA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–7178. TSU ET UX. v. TRACY FEDERAL BANK ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7183. WOODS ET AL. v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–7349. LOY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–7409. LANE v. NATIONAL DATA CORP. C. A. 11th Cir. Certiorari denied.

No. 99–7475. PATTERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7505. LUCKY v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 99–7554. MORGAN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 99–7720. RETTIG v. KENT CITY SCHOOL DISTRICT ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–7728. ORTIZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7738. RODRIGUEZ v. LITSCHER, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.